UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW ALVAREZ, *et al.*, | Cause No. C22-1617RSL |
| Plaintiffs, | ORDER |
| v. | |
| REALPAGE, INC., *et al.*, | |
| Defendants. | |

This matter comes before the Court on "Plaintiffs' Ex Parte Motion to Waive Physical Office Requirement for Local Counsel." A review of the Court's CM/ECF system shows that Mr. Tievsky has so far complied with the requirements of LCR 83.1, appearing as a member of the bar of this Court while recognizing that he cannot act as local counsel for purposes of a *pro hac vice* application. *See, e.g., Dorian v. Amazon Web Servs., Inc.*, C22-0269JHC. This district is committed to maintaining a high degree of professionalism and civility among the lawyers practicing here and requires local counsel to remind *pro hac vice* counsel of that fact. LCR 83.1(d)(2). It also expects local counsel to be familiar with the local rules of this district. Counsel who do not regularly practice in the Western District of Washington may not fully comprehend the magnitude of their responsibilities and may not be well-placed to serve the functions assigned to local counsel. Plaintiffs' cost-savings argument misses the point of the

ORDER - 1

requirement and would effectively abrogate the local rule if adopted. The Court declines to do so.

For all of the foregoing reasons, the motion to waive the physical office requirement (Dkt. # 4) is DENIED.

Dated this 22nd day of December, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge