# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | **Case No. 3:23-MD-3071**<br>**MDL No. 3071**<br><br>**This Document Relates to:**<br>**ALL CASES**<br><br>**Chief Judge Waverly D. Crenshaw, Jr.**<br><br><br>**<u>Hearing</u>:**<br>Date:     May 31, 2023<br>Time:    1:30 p.m.<br>Place:   Courtroom 6D<br>          Fred D. Thompson<br>          United States Courthouse<br>          719 Church Street<br>          Nashville, TN  37203 |

## <u>JOINT STATEMENT ON CASE PROGRESSION AND SCHEDULING</u>

In accordance with the Court's April 19, 2023 Order (ECF No. 3), counsel for the undersigned plaintiffs and defendants conferred and submit the following Joint Statement on Case Progression and Scheduling.

### A.    CRITICAL FACTUAL ALLEGATIONS

**<u>Plaintiffs' Position</u>:**

Plaintiffs[1] allege that Defendants conspired to maintain, raise, and fix multifamily and student rental housing prices across the United States.  Plaintiffs allege that lessors of multifamily

---

[1]    Here, "Plaintiffs" refers to the lessees of multifamily properties ("Multifamily Rental Plaintiffs") and the lessees of student housing ("Student Rental Plaintiffs"). All putative classes allege that their respective defendants used RealPage's services to inflate housing prices – but the Student Rental Plaintiffs' complaint involves a separate market and incudes non-overlapping defendants.

1

and student real estate leases ("Lessor Defendants") agreed to use a common third party—Defendant RealPage, Inc. ("RealPage"), and its software, including RealPage's "AI Revenue Management" suite (previously known as "YieldStar")—to coordinate unit-specific rental prices and supply decisions.

Plaintiffs allege that Defendants acted in furtherance of their conspiracy by, among other things: sharing the Lessor Defendants' proprietary pricing, inventory, and vacancy data with other participants in the conspiracy through RealPage, via email, over the phone, and in-person; mutually agreeing to adhere to the prices and lease terms in accordance with the recommendations of RealPage's software; and agreeing to allow RealPage to monitor whether each Lessor Defendant was complying with the pricing and lease term recommendations.

As a result of Defendants' illegal actions, Plaintiffs allege that they, and the class members they propose to represent, were harmed by paying higher rents than they otherwise would have in a competitive market.

**<u>Defendants' Position</u>**:

RealPage is a technology company that provides software solutions that help its customers—owners and managers of multifamily housing and other types of rental properties—manage their assets. The Lessor Defendants are owners or managers of rental properties who allegedly use (or used) one of RealPage's software products.

One category of products that RealPage offers is revenue management software. Revenue management software is not unique to RealPage or to the real estate industry. RealPage offers different revenue management products that function differently, but at a high level each product analyzes data and helps customers make accurate and precise investment decisions. The functionality of these products includes, among others, pricing suggestions for a customer's units

based on the individual asset strategy a customer adopts for its rental property and that property's individual circumstances, including forecasted supply and demand for the customer's own units. RealPage customers might or might not accept these suggestions in their own individual discretion—each customer always controls its decision-making about the price for each of its units either independently or in compliance with applicable rent control laws.

Defendants deny Plaintiffs' allegations regarding a conspiratorial agreement to maintain, raise, and fix multifamily real estate lease prices. Likewise, the subset of Defendants who have been named in the student rental housing complaint deny Plaintiffs' allegations regarding a conspiratorial agreement to maintain, raise, and fix student rental housing prices. Defendants did not agree with each other to use RealPage software, nor did they agree with each other on unit prices or supply decisions, to adhere to RealPage's suggested prices, or to allow RealPage to monitor compliance with the price-fixing agreement Plaintiffs allege. Defendants contend that their individual adoption and use of RealPage's revenue management software (for those who utilized it) was lawful and independent. Defendants deny that such conduct has harmed competition or consumers.

Anticipating that Plaintiffs' Consolidated Amended Complaints will be deficient under Federal Rule of Civil Procedure 12 for at least the same reasons the current complaints are deficient, Defendants expect to file motions to dismiss for failure to state a claim, among other potential grounds for dismissal. Defendants also intend to file motions to compel arbitration concurrently with or in advance of Defendants' anticipated motions to dismiss pursuant to applicable arbitration agreements.

3

## B.  LEGAL ISSUES

Issues Resolved:

    a.  Venue.

Issues Still in Dispute:

    a.     Whether Plaintiffs have plausibly alleged, and can prove, a contract, combination, or conspiracy among the Defendants that violates Section 1 of the Sherman Act;

    b.     Whether Plaintiffs have plausibly alleged, and can prove, any claims brought under state law;

    c.     Whether each Defendant named in the Multifamily Rental Plaintiffs' complaints agreed to participate in the alleged conspiracy to maintain, raise, and fix multifamily real estate lease prices and/or suppress supply of multifamily real estate leases;

    d.     Whether each Defendant named in the Student Rental Plaintiffs' complaint agreed to maintain, raise, and fix student rental housing prices and/or suppress supply of student housing;

    e.     Whether the Defendants named in the Multifamily Rental Plaintiffs' complaints, or any of them, acted in furtherance of the alleged conspiracy to maintain, raise, and fix multifamily real estate lease prices and/or suppress supply of multifamily real estate leases;

    f.     Whether the Defendants named in the Student Rental Plaintiffs' complaint, or any of them, acted in furtherance of the alleged conspiracy to maintain, raise, and fix student rental housing prices and/or suppress supply of student housing;

4

g.      Whether the *per se* rule, quick look rule, or the rule of reason is applicable to Plaintiffs' claims;

h.      To the extent any market analysis is required, whether Plaintiffs have plausibly alleged, and can demonstrate, adverse effects on competition in any plausible relevant market;

i.      To the extent any market analysis is required, whether Plaintiffs have plausibly alleged, and can prove, proper geographic and product markets for antitrust purposes;

j.      To the extent any market analysis is required, whether Plaintiffs have plausibly alleged, and can prove, market power in those markets;

k.      Whether Plaintiffs have plausibly alleged, and can prove, that they have suffered causal antitrust injury from the purported anticompetitive conduct;

l.      Whether Plaintiffs can establish damages caused by the alleged antitrust violations and the measure of such damages;

m.      Whether Plaintiffs are entitled to injunctive and equitable relief;

n.      Whether Plaintiffs and the proposed Class(es) satisfy the requirements of Federal Rule of Civil Procedure 23;

o.      Whether Plaintiffs' claims are time-barred in whole or in part;

p.      Whether certain Plaintiffs and certain putative Class members are precluded from proceeding under binding arbitration agreements;

q.      Whether certain Plaintiffs and certain putative Class members are precluded from proceeding under binding class action waivers; and

5

r.    Whether any other affirmative defense bars Plaintiffs from recovering, in whole or in part.

## C.    CLAIMS AND DEFENSES

**Plaintiffs' Claims:**

Plaintiffs claim that Defendants entered into a formal or informal contract, combination, conspiracy, or common understanding to artificially inflate price and/or suppress supply of multifamily real estate leases and student housing, in violation of the Sherman Act, 15 U.S.C. §1 *et seq*. and various state antitrust and consumer protection statutes.

**Defendants' Defenses:**

Subject to the allegations in the forthcoming Consolidated Amended Complaints, Defendants identify the following non-exhaustive list of defenses:

a.    Dismissal for failure to state a claim for which relief can be granted;

b.    Defendants did not enter into any unlawful agreement with RealPage or other Defendants;

c.    Defendants' conduct was procompetitive;

d.    Where a Defendant utilized RealPage revenue management software, it did so in its independent, economic self-interest;

e.    Lack of anticompetitive effects in any relevant market;

f.    Lack of market power in any relevant market;

g.    Lack of support for a relevant antitrust market in which to assess the alleged conduct;

h.    Failure to comply with Rule 23 regarding class actions;

i.    Plaintiffs are subject to binding arbitration agreements;

6

j.   Plaintiffs are subject to binding class action waivers;

k.   Statute of limitations;

l.   Laches, waiver, or estoppel;

m.  Due process;

n.   Double or duplicative recovery;

o.   Lack of standing;

p.   Lack of antitrust injury;

q.   Jury trial waiver; and

r.   Damages limitations.

## D.    INITIAL MEDIATION PLAN, INCLUDING PROPOSED MEDIATOR AND TIMING FOR MEDIATION

### Plaintiffs' Position

Plaintiffs believe that no mediation will be effective before the appointment of "Interim Multifamily Rental Class Counsel" for the proposed class(es) of lessees of multifamily properties and of "Interim Student Rental Class Counsel" for the proposed class of lessees of student housing per the Court's April 19, 2023 Order.  ECF No. 3, ¶6.  To the extent that Defendants have made a proposal regarding timing of mediation in this Status Report, Plaintiffs do not take a position on that proposal and instead suggest that the Court order the Parties to discuss dates for ADR attempts after Interim Class Counsel for the Classes has been appointed, as further discussed in §F below.

As described in §F below, following the appointment of Interim Class Counsel for the Classes, Interim Class Counsel for the Classes and counsel for Defendants in the Centralized Actions shall conference in accordance with Federal Rule of Civil Procedure 26(f).  Plaintiffs believe such a conference should occur expediently to begin the process of setting a discovery schedule and streamlining the discovery process, as the Federal Rules intend.  At that conference,

7

the Parties shall discuss an initial plan for ADR, including a proposed mediator and timing for mediation. The Parties shall inform the Court of the results of that conference, and the parties' initial mediation plan, including the proposed mediator(s) and the timing for mediation once it occurs.

**Defendants' Position:**

As discussed in Section F below, Defendants do not agree with the timing of Plaintiffs' proposal regarding the Rule 26(f) conference.

Defendants also believe that, consistent with this Court's preference, the best timing for mediation is (1) within 120 days of the filing of the Consolidated Amended Complaints, and (2) after any motions for summary judgment are filed. Defendants have identified and are investigating the availability and potential candidacy of a number of possible mediators, including: Eric Green, Jeff Mishkin, Faith Hochberg, Kenneth Feinberg, and Greg Lindstrom. Defendants can provide additional details about each of these proposed mediators upon the Court's request.

## E. ANY OTHER MATTERS THAT WILL BE HELPFUL TO THE COURT OR EXPEDITE PROGRESSION OF THE CASE

### 1. Filing of Consolidated Amended Complaints

Within 45 days following the appointment of Interim Class Counsel for the Multifamily Rental and Student Rental classes, each should be required to file a Consolidated Class Action Complaint (respectively the "Consolidated Multifamily Complaint," and the "Consolidated Student Complaint," and collectively, "the "Consolidated Amended Complaints" or "CACs"). Thereafter, the parties should meet and confer regarding the deadlines and lengths of briefing on any motions to dismiss and any motions to compel arbitration, including the number of such motions. The parties should file a stipulation or joint statement on these issues within 21 days of the filing of the CACs.

8

### 2. Case Management Conferences

**Plaintiffs' Position:**

The Parties propose that, once the Court appoints "Interim Multifamily Rental Class Counsel" for the proposed class(es) of lessees of multifamily properties and "Interim Student Rental Class Counsel" for the proposed class of lessees of student housing, it should subsequently hold a case management conference every six weeks.

**Defendants' Position:**

As detailed in Section F below, Defendants do not agree with the timing or frequency of Plaintiffs' proposal regarding a case management conference.

## F. PROCEDURES THAT WILL FACILITATE THE JUST, SPEEDY, AND INEXPENSIVE RESOLUTION OF THIS LITIGATION

### 1. Consolidation for Pre-trial Purposes

All cases that have been transferred or conditionally transferred to this District by the JPML or otherwise subject to the JPML's orders (collectively, the "Centralized Actions") should be consolidated for pretrial purposes. Any "tag along" action later filed in, removed to, or transferred to this Court, or any related cases filed in the Middle District of Tennessee, should be automatically assigned to Chief Judge Crenshaw, and consolidated with the Centralized Actions without further motions or orders. This consolidation should not constitute a determination that these actions should be consolidated for trial or that a class should be certified, nor does it have the effect of making any entity a party to any action in which it has not been named, served, or added in accordance with the Federal Rules of Civil Procedure. The Parties reserve the right to seek consolidation for trial purposes at a later date.

9

### 2. *Application of MDL Orders to Newly-Filed and Transferred Cases*

All orders entered by the Court in this action should apply to all Centralized Actions unless the Court directs otherwise. The Court's previous orders and any orders hereafter filed on the *In re: RealPage, Inc., Rental Software Antitrust Litigation* docket should apply to related cases later filed in, removed to, or transferred to this Court. Upon transfer to this Court, all preexisting deadlines and orders issued by transferor courts should automatically be vacated.

### 3. *Case Management*

**<u>Plaintiffs' Position:</u>**

Within ten days following the appointment of Interim Class Counsel for the Classes, the Court should order Interim Class Counsel and counsel for Defendants in the Centralized Actions to file a joint letter requesting a subsequent case management conference and provide the Court with dates approximately 21 days after the date for filing the CACs on which counsel is available for that conference. Prior to this subsequent case management conference, the Parties should be ordered to hold a conference pursuant to Federal Rule of Civil Procedure 26(f) and submit a proposed case management order that will address:

1. <u>Initial Disclosures</u>: The Parties should be ordered to agree to a date by which to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) or, absent agreement, to provide the Court with Plaintiffs' and Defendants' position regarding an appropriate date for such exchange.

2. <u>Case Resolution Plan and Joint ADR Reports</u>: The Parties should be ordered to make a minimum of two independent, substantive attempts to resolve this case. The Parties should agree on dates for their ADR attempts and agree to file compliant ADR status joint reports. The Parties' joint reports should state the specific steps taken toward

10

case resolution, including that an offer or demand was made and responded to and that counsel discussed the Parties' positions and specific next steps to promote case resolution. In other words, the Parties must "show their work" in creating a plan to facilitate successful settlement negotiations. The Parties should be allowed to mediate by agreement without the need for further order unless referral for pro bono mediation is requested (which should be made by motion). Any motion for pro bono mediation should include a statement as to why private mediation is not feasible. Any motion for a judicial settlement conference should state: (i) the reasons why mediation is not feasible and why a judicial settlement conference is the preferable means of attempting to resolve the case; (ii) the parties' proposed timing for scheduling of the settlement conference; and (iii) any preference of a particular Magistrate Judge to conduct the settlement conference. The Parties' compliance with this case resolution plan should not be optional. The fact that discovery is ongoing or that a dispositive motion is pending should not relieve the parties of their obligations under this case resolution plan.

3. <u>Discovery</u>: The Parties should be ordered to agree to a discovery plan for this action that will address the items listed in Rule 26(f)(3) and provide dates by which the Parties will: complete all written discovery; depose all fact witnesses; and file any discovery motions.

4. <u>Motions to Amend or Add Parties</u>: The Parties shall agree to a date by which any motions to add parties must be filed. Such motions must comply with Local Rules 7.01 and 15.01. Failure to comply with local rules may result in summary denial of the motion(s).

5.      Disclosure of Experts: Prior to the subsequent case management conference, the Parties should be required to propose to the Court a schedule for expert discovery.

6.      Electronic Discovery: Prior to the case management conference referenced in this Joint Submission, the Parties anticipate reaching an agreement on how to conduct electronic discovery and submitting an ESI Protocol and [Proposed] Protective Order to the Court.

7.      Deadlines for Summary Judgment, Expert Discovery, and Trial: will be determined at a later Case Management Conference.

8.      Modification of Case Management Order: Any motion to modify the case management order or any case management deadline should be required to be filed at least seven days in advance of the earliest impacted deadline.  Unless a joint motion, the motion for modification should include a statement confirming that counsel for the moving party has discussed the requested modification(s) or extension(s) with opposing counsel and whether there is any objection to the requested modification(s) or extension(s).  The motion for modification should also include: (i) the trial date and all deadlines, even unaffected deadlines, so that it will not be necessary for the Court to review one or more previous case management orders in consideration of the motion and (ii) a statement that the requested extension will still conform to the requirements of Local Rule 16.01(h)(1) that no dispositive motion deadline, including response and reply briefs, shall be later than 90 days in advance of the trial date.  Motions for extensions should also detail the moving party's efforts at diligently complying with the originally scheduled deadline and the facts

12

demonstrating good cause for modification of the deadline as required by Fed. R. Civ. P. 16(b)(4).

Plaintiffs do not agree with Defendants' position that a Rule 26(f) conference should be deferred until after any motions to dismiss or compel arbitration. The Parties and the Court will benefit from cooperatively working on discovery issues while such motions are pending, as the Federal Rules contemplate.

**Defendants' Position:**

While Defendants agree that the parties should participate in a Rule 26(f) conference and submit a proposed case management order to the Court addressing the discovery issues referenced above, Defendants do not agree with Plaintiffs' proposed timing for the conference and proposed case management order. Defendants expect that it may be necessary to stay discovery during the pendency of any motions to dismiss the CACs or motions to compel arbitration. Defendants cannot fully assess this issue until the CACs are filed, however, because the CACs may streamline or otherwise alter the issues in dispute and may remove some currently-named parties, necessarily impacting Defendants' anticipated motions and the potential scope of discovery.

Defendants thus propose that the parties' positions on the timing and length of any motion to stay discovery be included in the joint statement regarding motions to dismiss or compel arbitration (as proposed in Section E.1 above). The time for holding a Rule 26(f) scheduling conference and issuing a Rule 16 scheduling order should be deferred until after resolution of the issues addressed in that joint statement. *See* Rule 16(b)(2) (recognizing the Court can delay issuance of a scheduling order for good cause).

Defendants propose that once the CACs are filed, the parties meet and confer on a stipulation regarding discovery of Electronically Stored Information and a Protective Order.

13

## G. LIST OF PENDING MOTIONS

On May 8, 2023, Plaintiffs' counsel filed their Motion by All Plaintiffs to Establish Deadlines for Submission of Leadership Applications and to Set a Schedule for the Exchange of a Proposed Joint Statement. ECF No. 82. Plaintiffs' motion sought to set a briefing schedule for each proposed leadership slate to file their respective leadership applications. On May 12, 2023, the Court issued an order reserving discussion of Plaintiffs' proposal until the May 31, 2023 Status Conference. ECF No. 91.

No other motions are pending.

## H. LIST OF ANY RELATED PENDING STATE AND FEDERAL CASES

Since the Court's April 19 Order, three related cases have been filed:

- *Alexander v. The Irvine Company, LLC et al.*, No. 3:23-cv-00440 (M.D. Tenn.)

- *Blosser v. RealPage, Inc. et al.*, No. 3:23-cv-00445 (M.D. Tenn.)

- *Kempton et al. v. RealPage, Inc., et al.*, No. 3:23-cv-00419 (M.D. Tenn.)

DATED: May 24, 2023

Respectfully submitted,

| | | |
|---|---|---|
| /s/ *Jerry E. Martin* | /s/ *Mark P. Chalos* | /s/ *Tricia R. Herzfeld* |
| Jerry E. Martin (BPR No. 20193) | Mark P. Chalos | Tricia R. Herzfeld (BPR No. 26104) |
| Paul J. Bruno (BPR No. 17275) | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC |
| BARRETT JOHNSTON MARTIN & GARRISON, PLLC | 222 2nd Avenue South, Suite 1640 | 223 Rosa L. Parks Avenue, Suite 300 |
| 414 Union Street Suite 900 | Telephone: (615) 313-9000 mchalos@lchb.com | Nashville, TN 37203 Telephone: (615) 800-6225 |
| Nashville, TN 37219 | | tricia@hsglawgroup.com |
| Telephone: (615) 244-2202 | *Counsel for Plaintiffs Ashley* | |
| jmartin@barrettjohnston.com | *Morgan, Erik Barnes, Sherry* | *Counsel for Plaintiffs Brandon* |
| | *Bason, Lois Winn, Georges* | *Watters, David Precht, Tiffany* |
| *Counsel for Plaintiffs Gary* | *Emmanuel Njong Diboki,* | *Mackie, Jeremy Enders, Mary* |
| *Kempton and Ryan Daniel* | *Julia Sims, and Sophia* | *Bertlshofer, Samantha Taylor* |
| | *Woodland* | |

14

*Reyes, Zachary Miller Corradino, Michael Strauss, Christopher Saloman, Laura Boelens, Kimele Carter, Katherine Kramer, Patrick Parker, Priscilla Parker, Barry Amar-Hoover, Selena Vincin, Anna Rodriguez, Jeffrey Weaver, Billie Jo White*

Archie C. Lamb, Jr., Esq.
Fla. Bar No. 742597
alamb@archielamb.com
ARCHIE LAMB &
ASSOCIATES
P.O. Box 2088
Birmingham, Alabama 35201
205-612-6789 (C)

*Counsel for Plaintiffs Matteo Marchetti and Shelley Schmidig*

Gerald J. Rodos
Jeffrey A. Barrack
Andrew J. Heo
BARRACK, RODOS &
BACINE
2001 Market Street, Ste.
3300
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838
grodos@barrack.com
jbarrack@barrack.com
aheo@barrack.com

Stephen R. Basser
Sam M. Ward
BARRACK, RODOS &
BACINE
600 West Broadway, Ste. 900
San Diego California, CA
92101
Tel.: (619) 230-0800
Fax: (619) 230-1874

Daniel E. Gustafson
dgustafson@gustafsongluek.com
Daniel C. Hedlund
dhedlund@gustafsongluek.com
Daniel J. Nordin
dnordin@gustafsongluek.com
Shashi K. Gowda
sgowda@gustafsongluek.com
GUSTAFSON GLUEK
PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite
2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

Dennis Stewart
dstewart@gustafsongluek.com
GUSTAFSON GLUEK
PLLC
600 W Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 595-3299

*Counsel for Plaintiffs Pham, Lazarte, Cuevas, Anderson, Poole, and Flowers*

Steve W. Berman,
Breanna Van Engelen
HAGENS BERMAN
SOBOL SHAPIRO LLP

Garrett D. Blanchfield (209855)
Brant D. Penney (316878)
REINHARDT WENDORF &
BLANCHFIELD
332 Minnesota Street, Suite
W1050
T: (651) 287-2100
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com

*Counsel for Plaintiff Nancy Alexander*

Christopher M. Wood
Henry S. Bator
ROBBINS GELLER
RUDMAN & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
T: 615/244-2203
F: 615/252-3798

Darren J. Robbins
David W. Mitchell
Ashley M. Kelly
Arthur L. Shingler III
ROBBINS GELLER
RUDMAN & DOWD LLP
655 West Broadway, Ste. 1900
San Diego, CA 92101-8498
T: 619/231-1058
F: 619/231-7423

Aelish M. Baig
ROBBINS GELLER
RUDMAN & DOWD LLP

15

sbasser@barrack.com
sward@barrack.com

*Counsel for Plaintiff Spencer
and Bauman*

Jerry E. Martin (#20193)
Paul J. Bruno (#17275)
David W. Garrison (#24968)
Nicole A. Chanin (#40239)
BARRET JOHNSTON
MARTIN & GARRISON,
PLLC
414 Union Street, Ste. 900
Nashville, TN 37219
T: (615) 244-2202
F: (615) 252-3798
martin@barrettjohnston.com
pbruno@barrettjohnston.com
dgarrison@barrettjohnston.co
m
nchanin@barrettjohnston.co
m

*Counsel for Plaintiffs
Kempton and Daniel*

Steve Beal (#07297)
Lena Beal (#30068)
BEAL LAW OFFICE
22 Monroe Ave.
Lexington, KY 38351
T: (731) 968-9077
F: (731) 968-0782

*Counsel for Plaintiff Hannah
Blosser*

Eric L. Cramer
Michaela L. Wallin
BERGER MONTAGUE PC
1818 Market Street, Suite
3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Email: ecramer@bm.net

1301 Second Avenue, Suite
2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email:
breannav@hbsslaw.com

Rio S. Pierce
HAGENS BERMAN
SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
riop@hbsslaw.com
hannahso@hbsslaw.com

*Counsel for Plaintiffs
Navarro, Cherry, Kramer,
Weller, Morgan, Armas,
Johnson, Silverman, Bohn,
Godfrey, Zhovmiruk, Hardie,
et al.*

George Farah
HANDLEY FARAH &
ANDERSON PLLC
33 Irving Place
New York, NY 10003
Telephone: (212) 477-8090
Facsimile: (844) 300-1952
gfarah@hfajustice.com
William Anderson
5353 Manhattan Circle, Suite
204
Boulder, CO 80303
Telephone: (303) 800-9109
Facsimile: (844) 300-1952
wanderson@hfajustice.com

*Counsel for Plaintiff
Zhovmiruk*

Jason Scott Hartley
HARTLEY LLP
101 W. Broadway, Suite 820

Post Montgomery Center
One Montgomery St., Ste. 1800
San Francisco, CA 94104
T: 415/288-4545
F: 415/288-4534

Paul J. Geller
Stuart A. Davidson
ROBBINS GELLER
RUDMAN & DOWD LLP
225 NE Mizner Blvd., Ste. 720
Boca Raton, FL 33432
T: 561/750-3000
F: 561/750-3364

Chad Johnson
Desiree Cummings
ROBBINS GELLER
RUDMAN & DOWD LLP
420 Lexington Ave., Ste.1832
New York, NY 10170
T: 212/432-5100

*Counsel for Plaintiffs Kempton
and Daniel*

Thomas J. Undlin
Stacey Slaughter
Geoffrey H. Kozen
J. Austin Hurt
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ahurt@robinskaplan.com

*Counsel for Plaintiffs Kramer,
White, Watters, Bertlshofer,
Weaver, Boelens, Parker, and
Corradino, Carter, Vincin, et al.*

16

Email: mwallin@bm.net

Daniel J. Walker
BERGER MONTAGUE PC
2001 Pennsylvania Avenue,
NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
Email: dwalker@bm.net

*Counsel for Plaintiff Morgan*

Timothy D. Battin
Christopher V. Le
BOIES BATTIN, LLP
4041 University Drive, 5th
Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
tbattin@boiesbattin.com
cle@boiesbattin.com

*Counsel for Plaintiff Lai
Cheong*

Michael J. Boni
Joshua D. Snyder
BONI, ZACK & SNYDER
LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: 610-822-0200
Fax: 610-822-0206
Email:
mboni@bonizack.com
jsnyder@bonizack.com

*Counsel for Plaintiff Jeremy
Enders*

Joel D. Smith
Brittany S. Scott
BURSOR & FISHER, P.A.
1990 North California Blvd.,
Suite 940
Walnut Creek, CA 94596

San Diego, CA 92101
Telephone: (619) 400-5822
Email:
hartley@hartleyllp.com

*Counsel for Plaintiff Morgan*

Gary I. Smith, Jr.
HAUSFELD LLP
600 Montgomery Street,
Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Email: gsmith@hausfeld.com

Swathi Bojedla
HAUSFELD LLP
888 16th Street, N.W., Suite
300
Washington, DC 20006
Telephone: (202) 540-7200
Email:
sbojedla@hausfeld.com

Katie R. Beran
HAUSFELD LLP
325 Chestnut Street, Suite
900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
Email: kberan@hausfeld.com

*Counsel for Plaintiff Morgan*

Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
HERZFELD SUETHOLZ
GASTEL LENISKI AND
WALL, PLLC
223 Rosa L. Parks Avenue,
Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

Todd M. Schneider
Matthew S. Weiler
J. Caleigh Macdonald
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell St., Ste. 1400
Emeryville, CA
Tel: (415) 421-7100
tschneider@schneiderwallace.c
om
mweiler@schneiderwallace.com
jmacdonald@schneiderwallace.
com

Peter B. Schneider
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
3700 Buffalo Speedway, Suite
960
Houston, Texas 77098
Tel: (713) 338-2560
pschneider@schneiderwallace.c
om

*Counsel for Plaintiff Crook*

David R. Scott
Amanda Lawrence
Patrick McGahan
Michael Srodoski
G. Dustin Foster
SCOTT+SCOTT ATTORNEYS
AT LAW LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com

17

Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: jsmith@bursor.com
Email: bscott@bursor.com

*Counsel for Plaintiff Armas*

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
CAFFERTY CLOBES
MERIWETHER &
SPRENGEL LLP
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
Fax: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com

*Counsel for Plaintiff Tiffany
Mackie*

Karin B. Swope
kswope@cpmlegal.com
Galen K. Cheney
gcheney@cpmlegal.com
COTCHETT, PITRE &
McCARTHY, LLP
999 N. Northlake Way, Suite
215
Seattle, WA 98103
Telephone: (206) 802-1272
Facsimile: (650) 697-0577

Adam J. Zapala
azapala@cpmlegal.com
Elizabeth T. Castillo
ecastillo@cpmlegal.com
James G. Dallal
jdallal@cpmlegal.com
Gayatri Raghunandan

*Counsel for Plaintiffs
Brandon Watters and David
Precht*

Israel David
Blake Hunter Yagman
ISRAEL DAVID LLC
17 State Street, Suite 4010
New York, New York 10004
Telephone: (212) 739-0622
Facsimile: (212) 739-0628
israel@israeldavidllc.com
blake.yagman@davidllc.com

*Counsel for Plaintiff
Silverman*

JOSEPH SAVERI LAW
FIRM, LLP
Joseph R. Saveri
Steven N. Williams
Cadio Zirpoli
Kevin E. Rayhill
601 California Street, Suite
1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Email:
jsaveri@saverilawfirm.com
swilliams@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

*Counsel for Plaintiffs Matteo
Marchetti and Shelley
Schmidig*

Janet M. Herold
Benjamin D. Elga
Lucy B. Bansal
JUSTICE CATALYST LAW
40 Rector Street, Floor 9
New York, NY 10006
Telephone: (518) 732-6703
Email:

Patrick J. Coughlin
Carmen A. Medici
Fatima Brizuela
SCOTT+SCOTT ATTORNEYS
AT LAW LLP
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com

Kristen Anderson
SCOTT+SCOTT ATTORNEYS
AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
kanderson@scott-scott.com

*Counsel for Plaintiffs Kramer,
White, Watters, Bertlshofer,
Weaver, Boelens, Parker, and
Corradino, Carter, Vincin, et al.*

William G. Caldes
Jeffrey L. Spector
Icee N. Etheridge
SPECTOR ROSEMAN &
KODROFF PC
2001 Market Street, Suite 3420
Philadelphia, Pennsylvania
19103
T: (215) 496-0300
Bcaldes@srkattorneys.com
Jspector@srkattorneys.com
Ietheridge@srkattorneys.com

*Counsel for Plaintiff Nancy
Alexander*

Rusty E. Glenn
SHUMAN, GLENN &
STECKER

graghunandan@cpmlegal.com

COTCHETT, PITRE &
McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Counsel for Plaintiffs Pham,
Lazarte, Cuevas, Anderson,
Poole, and Flowers*

Lindsey C. Grossman
Michael Criden
CRIDEN & LOVE, P.A.
7301 SW 57th Court, Suite
515
South Miami, Florida 33143
Telephone: (305) 357-9000
Facsimile: (305) 357-9050
lgrossman@cridenlove.com
mcriden@cridenlove.com

*Attorneys for Plaintiffs
Priscilla Parker, Patrick
Parker, Barry Amar-Hoover,
Zachary Miller Corradino,
and Samantha Taylor Reyes*

Gregory S. Asciolla
Karin E. Garvey
Veronica M. Bosco
Johnny M. Shaw
DICELLO LEVITT, LLC
485 Lexington Avenue, Suite
1001
New York, New York 10017
Telephone: (646) 933-1000
gasciolla@dicellolevitt.com
kgarvey@dicellolevitt.com
vbosco@dicellolevitt.com
jshaw@dicellolevitt.com

Brian M. Hogan

jherold@justicecatalyst.org
Email:
belga@justicecatalyst.org
Email:
lbansal@justicecatalyst.org

*Counsel for Plaintiff Morgan*

Christopher M. Burke
cburke@koreintillery.com
Walter W. Noss
wnoss@koreintillery.com
Yifan (Kate) Lv
klv@koreintillery.com
KOREIN TILLERY P.C.
707 Broadway, Suite 1410
San Diego, CA  92101
Telephone: (619) 625-5621
Fax: (314) 241-3525

*Counsel for Plaintiff
Bertlshofer*

Benjamin J. Widlanski (Fla.
Bar No. 1010644)
bwidlanski@kttlaw.com
Javier A. Lopez (Fla. Bar No.
16727)
jal@kttlaw.com
KOZYAK TROPIN &
THROCKMORTON LLP
2525 Ponce de Leon Blvd.,
9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

*Counsel for Plaintiffs Matteo
Marchetti and Shelley
Schmidig*

Austin Cohen, Esquire
Keith Verrier, Esquire
LEVIN SEDRAN &
BERMAN
510 Walnut Street, Ste. 500
Philadelphia, PA 19106

600 17th Street, Suite 2800
South
Denver, CO 80202
Telephone: (303) 861-3003
Facsimile: (303) 536-7849
rusty@shumanlawfirm.com

*Counsel for Plaintiffs Weaver,
Enders, and Mackie*

Bruce W. Steckler
STECKLER WAYNE & LOVE
PLLC
12720 Hillcrest Road, Ste. 1045
Dallas, TX 75230
Telephone: 972-387-4040
Facsimile: 972-387-4041
bruce@swclaw.com

Paul D. Stickney
12720 Hillcrest Road, Ste. 1045
Dallas, TX 75230
Telephone: 972-387-4040
judgestick@gmail.com

*Counsel for Plaintiffs Spencer
and Bauman*

J. Gerard Stranch IV (BPR
#23045)
STRANCH, JENNINGS &
GARVEY, PLLC
223 Rosa L. Parks Avenue, Ste.
200
Nashville, TN 37203
Tel: (615) 254-8801
Fax: (615) 255-5419
gstranch@stranchlaw.com

*Counsel for Plaintiff Bauman*

Kevin S. Landau
klandau@tcllaw.com
Brett Cebulash
bcebulash@tcllaw.com
Gwendolyn Nelson

DICELLO LEVITT, LLC
Ten North Dearborn Street,
Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
bhogan@dicellolevitt.com

*Counsel for Plaintiff Bohn*

Jeffrey B. Kaplan, Esq.
Maria V. Ceballos, Esq.
DIMOND KAPLAN &
ROTHSTEIN, P.A.
2665 South Bayshore Drive,
PH-2B
Miami, Florida 33133
Telephone: (305) 374-1920
jkaplan@dkrpa.com
vceballos@dkrpa.com

*Counsel for Plaintiffs*
*Christopher Saloman and*
*Michael Strauss*

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
David Mindell
dmindell@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
EDELSON PC
350 N. LaSalle Street, 14th
Floor
Chicago, Illinois 60654
Tel: (312) 589.6370
Fax: (312) 589.6378

Rafey Balabanian
rbalabanian@edelson.com
Todd Logan
tlogan@edelson.com
Yaman Salahi
ysalahi@edelson.com
P. Solange Hilfinger-Pardo

Telephone: (215) 592-1500
acohen@lfsblaw.com
kverrier@lfsblaw.com

*Counsel for Plaintiff Hardie*

Mark P. Chalos (Tennessee
Bar No. 19328)
Hannah R. Lazarz (Tennessee
Bar No. 038756)
LIEFF CABRASER
HEIMANN &
BERNSTEIN, LLP
222 2nd Avenue South, Suite
1640
Nashville, TN 37201-2379
Phone: 615.313.9000
Fax: 615.313.9965
mchalos@lchb.com
hlazarz@lchb.com

Brendan P. Glackin
Dean M. Harvey
LIEFF CABRASER
HEIMANN &
BERNSTEIN, LLP
275 Battery Street, Suite
2900
San Francisco, CA 94111
Telephone: 415-956-1000
Email: bglackin@lchb.com
Email: dharvey@lchb.com

Dan Drachler, WSBA #27728
LIEFF CABRASER
HEIMANN &
BERNSTEIN, LLP
1904 Third Avenue, Suite
1030
Seattle, WA 98101
Telephone: (206) 895-5005
Facsimile: (206) 895-3131
Email: ddrachler@lchb.com

*Counsel for Plaintiffs*
*Morgan, Barnes, Bason,*

gnelson@tcllaw.com
TAUS, CEBULASH &
LANDAU, LLP
123 William Street, Suite
1900A
New York, New York 10038
Telephone: (212) 931-0704

*Counsel for Plaintiffs Pham,*
*Lazarte, Cuevas, Anderson,*
*Poole, and Flowers*

Beth E. Terrell
Blythe H. Chandler
TERRELL MARSHALL LAW
GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
bterrell@terrellmarshall.com
bchandler@terrellmarshall.com

*Counsel for Plaintiff Moore*

S. Ferrell Alman, Jr.
David M. Wilkerson
THE VAN WINKLE LAW
FIRM
11 N. Market Street
Asheville, NC 28801
Telephone: (828) 258-2991
Facsimile: (828) 257-2767
dwilkerson@vwlawfirm.com

*Counsel for Plaintiff Godfrey*

Samuel J. Strauss
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
Seattle, WA 98101
Email: sam@turkestrauss.com

20

shilfingerpardo@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: (415) 212.9300
Fax: (415) 373.9435

*Counsel for Plaintiffs Alvarez and Halliwell*

Thomas Roe Frazer III (#33296)
T. Roe Frazer II (#35785)
J. Grant LaBar (#40284)
FRAZER PLC
30 Burton Hills Blvd, Ste. 450
Nashville, TN 37215
T: (615) 647-6464
roe@frazer.law
trey@frazer.law
grant@frazer.law

*Counsel for Plaintiff Hannah Blosser*

David B. Rochelson
Deborah Elman
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor
New York, New York 10005
Telephone: (212) 398-0055
drochelson@garwingerstein.com
delman@garwingerstein.com

*Counsel for Plaintiff Moore*

*Diboki, Sims, Winn, and Woodland*

Joseph J. DePalma
Steven J. Greenfogel
LITE DEPALMA GREENBERG & AFANDOR, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
sgreenfogel@litedepalma.com

*Counsel for Plaintiff Zhovmiruk*

Kate M. Baxter-Kauf
Heidi M. Silton
Brian D. Clark
W. Joseph Bruckner
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
kmbaxter-kauf@locklaw.com
hmsilton@locklaw.com
bdclark@locklaw.com
wjbruckner@locklaw.com

*Counsel for Plaintiff Johnson*

Vincent Briganti
Christian P. Levis
Peter Demato
Radhika Gupta
rgupta@lowey.com
LOWEY DANNENBERG, P.C.

*Attorney for Plaintiff Laura Boelens*

Kenneth A. Wexler
kaw@wbe-llp.com
Justin N. Boley
jnb@wbe-llp.com
Melinda J. Morales
mjm@wbe-llp.com
Margaret Shadid
ms@wbe-llp.com
WEXLER BOLEY & ELGERSMA LLP
311 S. Wacker Drive, Ste. 5450
Chicago, IL 60606
Telephone: (312) 346 2222

*Counsel for Plaintiffs Pham, Lazarte, Cuevas, Anderson, Poole, and Flowers*

David M. Cialkowski
david.cialkowski@zimmreed.com
Ian F. McFarland
ian.mcfarland@zimmreed.com
ZIMMERMAN REED LLP
1100 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400

*Counsel for Plaintiffs Pham, Lazarte, Cuevas, Anderson, Poole, and Flowers*

21

44 South Broadway, Suite
1100
White Plains, NY 10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

*Counsel for Plaintiffs*
*Kramer, White, Watters,*
*Bertlshofer, Weaver, Boelens,*
*Parker, and Corradino,*
*Carter, Vincin, et al.*

/s/ Jay Srinivasan
Jay Srinivasan (admitted *pro hac vice*)
jsrinivasan@gibsondunn.com
Daniel G. Swanson (admitted *pro hac vice*)
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Stephen Weissman (admitted *pro hac vice*)
sweissman@gibsondunn.com
Michael J. Perry (admitted *pro hac vice*)
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

Stephen C. Whittaker (admitted *pro hac vice*)
cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671

Ben A. Sherwood (admitted *pro hac vice*)
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

/s/ Thomas H. Dundon
Thomas H. Dundon (BPR No. 4539)
tdundon@nealharwell.com
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
Telephone: (615) 244-1713

*Counsel for Defendant RealPage, Inc.*

/s/ Edwin Buffmire
Edwin Buffmire
ebuffmire@jw.com
Michael Moran
mmoran@jw.com
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

Kevin Fulton
kfulton@fultonlg.com
THE FULTON LAW GROUP PLLC
7676 Hillmont St., Suite 191
Houston, TX 77040
Telephone: (713) 589-6964

*Counsel for Defendant Allied Orion Group, LLC*

23

/s/ David Kully
David Kully
David.Kully@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 469-5415

*Counsel for Defendant*
*AMLI Management Company*

/s/ Katie A. Reilly
Katie A. Reilly
reilly@wtotrial.com
Judith P. Youngman
youngman@wtotrial.com
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800

*Counsel for Defendants Apartment Income*
*REIT Corp., Park Towne Place Apartment*
*Homes, and Sterling Apartment Homes*

/s/ Rachel S. Brass
Rachel S. Brass (*pro hac vice* filed)
rbrass@gibsondunn.com
Caeli A. Higney (*pro hac vice* filed)
chigney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200

Kahn A. Scolnick (*pro hac vice* filed)
kscolnick@gibsondunn.com
Madeleine F. McKenna (*pro hac vice* filed)
mmckenna@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

*Counsel for Defendant Asset Living, LLC*

/s/ Belinda S. Lee
Belinda S Lee
belinda.lee@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 395-8851

E. Marcellus Williamson
marc.williamson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington DC, 20004
Telephone: (202) 637-2200

*Counsel for Defendant AvalonBay*
*Communities, Inc.*

/s/ James Kress
James Kress
james.kress@bakerbotts.com
Paul Cuomo
paul.cuomo@bakerbotts.com
BAKER BOTTS LLP
700 K. Street, NW
Washington, DC 20001
Telephone: (202) 639-7884

Danny David
danny.david@bakerbotts.com
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-4055

*Counsel for Defendant Avenue5 Residential, LLC*

/s/ Marguerite Willis
Marguerite Willis (admitted *pro hac vice*)
mwillis@maynardnexsen.com
MAYNARD NEXSEN PC
104 South Main Street
Greenville, SC 29601
Telephone: (864) 370-2211

Michael A. Parente (admitted *pro hac vice*)
mparente@maynardnexsen.com
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 771-8900

Margaret M. Siller (BPR No. 039058)
msiller@maynardnexsen.com
MAYNARD NEXSEN PC
1201 Villa Place, Suite 103
Nashville, Tennessee 37212
Telephone: (629) 258-2253

*Counsel for Defendant Bell Partners, Inc.*

/s/ Matt T. Adamson
Matt T. Adamson
madamson@jpclaw.com
JAMESON PEPPLE CANTU PLLC
801 Second Avenue, Suite 700
Seattle, WA 98104
Telephone: (206) 292-1994

*Counsel for Defendant B/T Washington, LLC d/b/a Blanton Turner*

/s/ Ian Simmons
Ian Simmons
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5196

Stephen McIntyre
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000

*Counsel for Defendant BH Management Services, LLC*

/s/ James D. Bragdon

James D. Bragdon
jbragdon@gejlaw.com
Sam Cowin
scowin@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702

Philip A. Giordano (admitted *pro hac vice*)
philip.giordano@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street NW
Washington, DC 20007
Telephone: (202) 721-4776

*Counsel for Defendant*
*Bozzuto Management Company*

/s/ Yehudah L. Buchweitz

Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256

Jeff L. White
jeffwhite@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 682-7059

*Counsel for Defendant Brookfield Properties*
*Multifamily LLC (Currently misnamed as*
*Brookfield Residential Properties LLC), as*
*manager for certain affiliated entities*

/s/ Michael F. Murray

Michael F. Murray
michaelmurray@paulhastings.com
Noah Pinegar
noahpinegar@paulhastings.com
PAUL HASTINGS LLP
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 551-1730

*Counsel for Defendant CA Ventures Global*
*Services, LLC*

/s/ Lynn H. Murray

Lynn H. Murray
lhmurray@shb.com
Maveric Ray Searle
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock
rsandrock@shb.com
Shook, Hardy & Bacon L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property Trust*

/s/ Marisa Secco Giles
Marisa Secco Giles
mgiles@velaw.com
VINSON & ELKINS LLP
200 West 6th Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 542-8781

Jason M. Powers
jpowers@velaw.com
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Telephone: (713) 758-2522

*Counsel for Defendant Campus Advantage, Inc.*

/s/ Timothy R. Beyer
Timothy R. Beyer
tim.beyer@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 866-0481

Sarah Hartley
sarah.hartley@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, N.W.
Washington, DC 20004
Telephone: (303) 866-0363

*Counsel for Defendant Cardinal Group Holdings LLC*

/s/ J. Douglas Baldridge
J. Douglas Baldridge
jbaldridge@venable.com
Danielle R. Foley
drfoley@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-4703

*Counsel for Defendant CH Real Estate Services, LLC*

/s/ Benjamin R. Nagin
Benjamin R. Nagin
bnagin@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300

*Counsel for Defendant ConAm Management Corporation*

27

/s/ Ronald W. Breaux
Ronald W. Breaux
Ron.Breaux@haynesboone.com
Bradley W. Foster
Brad.Foster@haynesboone.com
HAYNES AND BOONE LLP
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Fax: (214) 200-0376

*Counsel for Defendant Conti Capital*

/s/ Kenneth Reinker
Kenneth Reinker
kreinker@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1522

Joseph M. Kay
jkay@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745

*Counsel for Defendants Cushman & Wakefield, Inc. and Pinnacle Property Management Services*

/s/ Todd R. Seelman
Todd R. Seelman
todd.seelman@lewisbrisbois.com
Thomas L. Dyer
thomas.dyer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Telephone: (720) 292-2002

*Counsel for Defendant Cortland Partners, LLC*

/s/ Ann MacDonald
Ann MacDonald
Ann.macdonald@afslaw.com
Barry Hyman
Barry.hyman@afslaw.com
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500

*Counsel for Defendant CWS Apartment Homes, LLC*

28

/s/ Samuel P. Funk
Samuel P. Funk
sfunk@simsfunk.com
Grace A. Fox
gfox@simsfunk.com
SIMS FUNK, PLC
3322 W. End Ave., Suite 200
Nashville, TN 37203
Telephone: (615) 292-9335

*Counsel for Defendant D.P. Preiss Co., Inc.*

/s/ Carl W. Hittinger
Carl W. Hittinger
chittinger@bakerlaw.com
Alyse F. Stach
astach@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100

Stephen J. Zralek, BPR #018971
szralek@spencerfane.com
S. Chase Fann, BPR #036794
cfann@spencerfane.com
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6300

*Counsel for Defendant Equity Residential*

/s/ Charles H. Samel
Charles H. Samel
charles.samel@stoel.com
Edward C. Duckers
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8900

George A. Guthrie
gguthrie@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone: (916) 441-2430

*Counsel for Defendant FPI Management, Inc.*

/s/ Leo D. Caseria
Leo D. Caseria
lcaseria@sheppardmullin.com
Helen C. Eckert
heckert@sheppardmullin.com
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

/s/ Arman Oruc
Arman Oruc
aoruc@goodwinlaw.com
Goodwin Procter, LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendants Essex Property Trust, Inc. and Essex Management Corporation*

29

_/s/ Michael D. Bonanno_
Michael D. Bonanno
mikebonanno@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

Christopher Daniel Kercher (admitted _pro hac vice_)
christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: (212) 849-7000

Andrew Gardella, Esq. (TN Bar #027247)
agardella@martintate.com
MARTIN, TATE, MORROW & MARSTON P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668

_Counsel for Defendant Highmark Residential, LLC_

_/s/ Michael M. Maddigan_
Michael M. Maddigan
michael.maddigan@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727

William L. Monts, III
william.monts@hoganlovells.com
Benjamin F. Holt
benjamin.holt@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6440

Joshua C. Cumby (BPR No. 37949)
joshua.cumby@arlaw.com
F. Laurens Brock (BPR No. 17666)
larry.brock@arlaw.com
Rocklan W. King, III (BPR No. 30643)
rocky.king@arlaw.com
ADAMS AND REESE LLP
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Telephone: (615) 259-1450

_Counsel for Defendant Greystar Real Estate Partners, LLC_

*/s/ Cliff A. Wade*

Cliff A. Wade
cliff.wade@bakerlopez.com
Chelsea L. Futrell
chelsea.futrell@bakerlopez.com
BAKER LOPEZ PLLC
5728 LBJ Freeway, Suite 150
Dallas, Texas 75240
Telephone: (469) 206-9384

*Counsel for Defendant Knightvest Residential*

*/s/ Gregory J. Casas*

Gregory J. Casas
casasg@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

Robert J. Herrington
HerringtonR@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso
carusob@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252

*/s/ Ryan T. Holt*

Ryan T. Holt (No. 30191)
rholt@srvhlaw.com
Mark Alexander Carver (No. 36754)
acarver@srvhlaw.com
SHERRARD ROE VOIGT & HARBISON, PLC
150 Third Avenue South, Suite 1100
Nashville, Tennessee 37201
Tel. (615) 742-4200

*Counsel for Defendant Lincoln Property Co.*

*/s/ John J. Sullivan*

John J. Sullivan
jsullivan@cozen.com
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
Telephone: (212) 453-3729

*Counsel for Defendant Independence Realty Trust, Inc.*

*/s/ Eliot Turner*

Eliot Turner
eliot.turner@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100,
Houston, Texas 77010
Telephone: (713) 651-5151

*Counsel for Defendant Kairoi Management LLC*

31

*/s/ Michael W. Scarborough*

Michael W. Scarborough (admitted *pro hac vice*)
mscarborough@velaw.com
Dylan I. Ballard (admitted *pro hac vice*)
dballard@velaw.com
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Lantower Luxury Living LLC*

*/s/ Britt M. Miller*

Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

Scott D. Carey (#15406)
scarey@bakerdonelson.com
Ryan P. Loofbourrow (#33414)
rloofbourrow@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600

*Counsel for Defendant Mid-America Apartment Communities, Inc.*

*/s/ Karan H. Safran*

Karen H. Safran
ksafran@goodspeedmerrill.com
Rob Hunger
rhunger@goodspeedmerrill.com
GOODSPEED MERRILL
9605 South Kingston Court, Suite 200
Englewood, CO 80112
Telephone: (720) 943-9033

*Counsel for Defendant Lyon Management Group, Inc.*

/s/ Jeffrey C. Bank
Jeffrey C. Bank
jbank@wsgr.com
WILSON SONSINI GOODRICH & ROSATI PC
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800

*Counsel for Defendant Morgan Properties*
*Management Company, LLC*

/s/ Richard P. Sybert
Richard P. Sybert (WSBA No. 8357)
rsybert@grsm.com
GORDON REES SCULLY MANSUKHANI
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 321-5222

*Counsel for Defendant Rose Associates Inc.*

/s/ Judith A. Zahid
Judith A. Zahid
jzahid@zellelaw.com
Heather T. Rankie
hrankie@zellelaw.com
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 633-1916

*Counsel for Defendant Prometheus Real Estate*
*Group, Inc.*

/s/ David A. Walton
David A. Walton
dwalton@bellnunnally.com
Troy Lee (T.J.) Hales
thales@bellnunnally.com
BELL NUNNALLY & MARTIN, LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

*Counsel for Defendant RPM Living, LLC and
The Morgan Group, Inc.*

/s/ Valentine Hoy
Valentine Hoy
vhoy@allenmatkins.com
Scott Perlin
sperlin@allenmatkins.com
ALLEN MATKINS LECK GAMBLE MALLORY &
NATSIS
600 West Broadway, 27th Floor
San Diego, CA 92101
Telephone: (619) 233-1155

Patrick E. Breen
pbreen@allenmatkins.com
ALLEN MATKINS LECK GAMBLE MALLORY &
NATSIS
865 South Figueroa Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 622-5555

*Counsel for Defendant
Sares Regis Group Operating, Inc.*

/s/ Jose Dino Vasquez
Jose Dino Vasquez
dvasquez@karrtuttle.com
Jason Hoeft
jhoeft@karrtuttle.com
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 223-1313

*Counsel for Defendant Security Properties, Inc.*

/s/ Diane Hazel
Diane Hazel
dhazel@foley.com
FOLEY & LARDNER LLP
1400 16th Street, Suite 200
Denver, CO 80202
Telephone: (720) 437-2000

Elizabeth A. N. Haas (*pro hac vice* filed)
ehaas@foley.com
Ian Hampton (*pro hac vice* filed)
ihampton@foley.com
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400

*Counsel for Defendant Sherman Associates, Inc.*

/s/ Charles M. Wallen
Edward J. Sackman
nsackman@bernsteinshur.com
Charles M. Wallen
cwallen@bernsteinshur.com
BERNSTEIN, SHUR, SAWYER & NELSON P.A.
North Commercial Street, Suite 108
P.O. Box 1120
Manchester, NH 03105-1120
Telephone: (603) 623-8700

*Counsel for Defendant SHP Management Corp.*

/s/ Brent Justus
Brent Justus
bjustus@mcguirewoods.com
Nick Giles
ngiles@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000

*Counsel for Defendant Simpson Property Group, LLC (currently misnamed as Simpson Property Group, LLLP)*

/s/ Fred B. Burnside
Fred B. Burnside
fredburnside@dwt.com
MaryAnn T. Almeida
maryannalmeida@dwt.com
DAVID WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8016

Yonaton Rosenzweig
yonirosenzweig@dwt.com
DAVID WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

*Counsel for Defendants The Michaels Organization, LLC, Interstate Realty Management Company, and Mission Rock Residential, LLC*

/s/ Andrew Harris
Andrew Harris
Andrew.Harris@Levittboccio.com
LEVITT & BOCCIO, LLP
423 West 55th Street
New York, NY 10019
Telephone: (212) 801-1104

*Counsel for The Related Companies, Inc.*

/s/ Benjamin I. VandenBerghe
Benjamin I. VandenBerghe
biv@montgomerypurdue.com
Kaya R. Lurie
klurie@montgomerypurdue.com
MONTGOMERY PURSUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104-7096

*Counsel for Defendant Thrive Communities Management, LLC*

36

/s/ David D. Cross

David D. Cross (admitted *pro hac vice*)
dcross@mofo.com
Jeffrey A. Jaeckel (admitted *pro hac vice*)
jjaeckel@mofo.com
Robert W. Manoso (admitted *pro hac vice*)
rmanoso@mofo.com
Sonja Swanbeck (admitted *pro hac vice*)
sswanbeck@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
Telephone: (202) 887-1500

Eliot A. Adelson (*pro hac vice* forthcoming)
eadelson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

/s/ Joshua L. Burgener

Joshua L. Burgener
jburgener@dickinsonwright.com
DICKINSON WRIGHT PLLC
424 Church Street, Suite 800
Nashville, TN 37219
Telephone: (615) 620-1757

*Counsel for Defendant UDR, Inc.*

/s/ Craig Seebald

Craig P. Seebald
cseebald@velaw.com
Stephen M. Medlock
smedlock@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500

*Counsel for Defendant Windsor Property
Management Company*

37

/s/ Evan Fray-Witzer
Evan Fray-Witzer
Evan@CFWLegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: 617-426-0000

*Counsel for Defendants WinnCompanies LLC,*
*and WinnResidential Manager Corp.*

/s/ Richard B. Brosnick
Richard B. Brosnick
richard.brosnick@akerman.com
AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Telephone: (212) 880-3800

Ryan Krone
ryan.krone@akerman.com
AKERMAN LLP
1300 Post Oak Boulevard, Suite 2300
Houston, TX 77056
Telephone: (713) 623-0887

*Counsel for Defendant ZRS Management, LLC*

**CERTIFICATE OF SERVICE**

I, Mark P. Chalos, hereby certify that on May 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 24th day of May, 2023.


*/s/ Mark P. Chalos* _____