UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to: |

| | |
|---|---|
| 3:23-cv-00330 | 3:23-cv-00380 |
| 3:23-cv-00331 | 3:23-cv-00979 |
| 3:23-cv-00332 | 3:23-cv-00381 |
| 3:23-cv-00326 | 3:23-cv-00387 |
| 3:23-cv-00333 | 3:23-cv-00388 |
| 3:23-cv-00334 | 3:23-cv-00389 |
| 3:23-cv-00335 | 3:23-cv-00390 |
| 3:23-cv-00336 | 3:23-cv-00391 |
| 3:23-cv-00337 | 3:23-cv-00410 |
| 3:23-cv-00338 | 3:23-cv-00411 |
| 3:23-cv-00339 | 3:23-cv-00419 |
| 3:23-cv-00344 | 3:23-cv-00413 |
| 3:23-cv-00345 | 3:23-cv-00412 |
| 3:23-cv-00356 | 3:23-cv-00414 |
| 3:23-cv-00357 | 3:23-cv-00416 |
| 3:23-cv-00358 | 3:23-cv-00415 |
| 3:23-cv-00377 | 3:23-cv-00440 |
| 3:23-cv-00378 | 3:23-cv-00445 |
| 3:23-cv-00379 | 3:23-cv-00552 |
| 3:22-cv-01082 | 3:23-cv-00742 |

**DEFENDANTS' MOTION TO DISMISS MULTIFAMILY PLAINTIFFS'
SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants move to dismiss the Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint (ECF 530), filed by Plaintiffs. This Motion to Dismiss is supported by the accompanying Memorandum of Law in Support of Motion to Dismiss Multifamily Plaintiffs' Second Amended Consolidated Class Action

Complaint, the Declaration of Stephen C. Whittaker (the "Whittaker Declaration"), and the exhibits to the Whittaker Declaration.

DATED: October 9, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Jay Srinivasan | /s/ Edwin Buffmire |
| Jay Srinivasan (admitted *pro hac vice*) | Edwin Buffmire |
| jsrinivasan@gibsondunn.com | ebuffmire@jw.com |
| Daniel G. Swanson (admitted *pro hac vice*) | Michael Moran |
| dswanson@gibsondunn.com | mmoran@jw.com |
| GIBSON, DUNN & CRUTCHER LLP | JACKSON WALKER LLP |
| 333 South Grand Avenue | 2323 Ross Ave., Suite 600 |
| Los Angeles, CA 90071 | Dallas, TX 75201 |
| Telephone: (213) 229-7430 | Telephone: (214) 953-6000 |
| | |
| Stephen Weissman (admitted *pro hac vice*) | Kevin Fulton |
| sweissman@gibsondunn.com | kevin@fultonlg.com |
| Michael J. Perry (admitted *pro hac vice*) | THE FULTON LAW GROUP PLLC |
| mjperry@gibsondunn.com | 7676 Hillmont St., Suite 191 |
| GIBSON, DUNN & CRUTCHER LLP | Houston, TX 77040 |
| 1050 Connecticut Avenue, NW | Telephone: (713) 589-6964 |
| Washington, DC 20036 | |
| Telephone: (202) 955-8678 | *Counsel for Defendant Allied Orion Group, LLC* |
| | |
| Stephen C. Whittaker (admitted *pro hac vice*) | /s/ Katie A. Reilly |
| cwhittaker@gibsondunn.com | Katie A. Reilly |
| GIBSON, DUNN & CRUTCHER LLP | reilly@wtotrial.com |
| 1361 Michelson Drive | Michael T. Williams |
| Irvine, CA 92612 | williams@wtotrial.com |
| Telephone: (212) 351-2671 | Judith P. Youngman |
| | youngman@wtotrial.com |
| Ben A. Sherwood (admitted *pro hac vice*) | WHEELER TRIGG O'DONNELL LLP |
| bsherwood@gibsondunn.com | 370 Seventeenth Street, Suite 4500 |
| GIBSON, DUNN & CRUTCHER LLP | Denver, CO 80202 |
| 200 Park Avenue | Telephone: (303) 244-1800 |
| New York, NY 10166 | |
| Telephone: (212) 351-2671 | Mark Bell |
| | Mark.Bell@hklaw.com |
| Thomas H. Dundon (SBN: 004539) | HOLLAND & KNIGHT LLP |
| tdundon@nealharwell.com | Nashville City Center |
| Neal & Harwell, PLC | 511 Union Street, Suite 2700 |
| 1201 Demonbreun Street, Suite 1000 | Nashville, TN 37219 |
| Nashville, TN 37203 | Telephone: (615) 850-8850 |
| Telephone: (615) 244-1713 | |
| | *Counsel for Defendant Apartment Income REIT Corp., d/b/a AIR Communities* |
| *Counsel for Defendant RealPage, Inc.* | |

/s/ *Danny David*
Danny David
danny.david@bakerbotts.com
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-4055

James Kress (*pro hac vice* forthcoming)
james.kress@bakerbotts.com
Paul Cuomo (*pro hac vice* forthcoming)
paul.cuomo@bakerbotts.com
BAKER BOTTS LLP
700 K. Street, NW
Washington, DC 20001
Telephone: (202) 639-7884

John R. Jacobson (#14365)
jjacobson@rjfirm.com
Milton S. McGee, III (#24150)
tmcgee@rjfirm.com
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700

*Counsel for Defendant Avenue5 Residential, LLC*

/s/ *Ian Simmons*
Ian Simmons
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5196

Stephen McIntyre
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000

*Counsel for Defendants BH Management Services, LLC and B.HOM Student Living LLC*

/s/ *Marguerite Willis*
Marguerite Willis (admitted *pro hac vice*)
mwillis@maynardnexsen.com
MAYNARD NEXSEN PC
104 South Main Street
Greenville, SC 29601
Telephone: (864) 370-2211

Michael A. Parente (admitted *pro hac vice*)
mparente@maynardnexsen.com
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 771-8900

Margaret M. Siller (BPR No. 039058)
msiller@maynardnexsen.com
MAYNARD NEXSEN PC
1131 4th Avenue South, Suite 320
Nashville, Tennessee 37210
Telephone: (629) 258-2253

*Counsel for Defendant Bell Partners, Inc.*

/s/ *Edwin Buffmire*
Edwin Buffmire
ebuffmire@jw.com
Michael Moran
mmoran@jw.com
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

*Counsel for Defendants Trammell Crow Residential Company and Crow Holdings, LP*

5

| | |
|---|---|
| */s/ James D. Bragdon* | */s/ Yehudah L. Buchweitz* |
| James D. Bragdon | Yehudah L. Buchweitz |
| jbragdon@gejlaw.com | yehudah.buchweitz@weil.com |
| Sam Cowin | WEIL, GOTSHAL & MANGES LLP |
| scowin@gejlaw.com | 767 Fifth Avenue |
| GALLAGHER EVELIUS & JONES LLP | New York, NY 10153 |
| 218 N. Charles St., Suite 400 | Telephone: (212) 310-8256 |
| Baltimore, MD 21201 | |
| Telephone: (410) 727-7702 | Jeff L. White |
| | jeff.white@weil.com |
| Philip A. Giordano (admitted *pro hac vice*) | WEIL, GOTSHAL & MANGES LLP |
| philip.giordano@hugheshubbard.com | 2001 M Street, NW |
| HUGHES HUBBARD & REED LLP | Washington, DC 20036 |
| 1775 I Street NW | Telephone: (202) 682-7059 |
| Washington, DC 20007 | |
| Telephone: (202) 721-4776 | R. Dale Grimes, BPR #006223 |
| | dgrimes@bassberry.com |
| Charles E. Elder, BPR # 038250 | BASS, BERRY & SIMS PLC |
| celder@bradley.com | 150 Third Avenue South, Suite 2800 |
| BRADLEY ARANTBOULT CUMMINGS LLP | Nashville, TN 37201 |
| 1600 Division Street, Suite 700 | Telephone: (615) 742-6244 |
| Nashville, Tennessee 37203 | |
| P: 615.252.3597 | *Counsel for Defendant Brookfield Properties Multifamily LLC* |
| *Counsel for Defendant Bozzuto Management Company* | |

*/s/ Danielle R. Foley*
Danielle R. Foley (admitted *pro hac vice*)
drfoley@venable.com
Andrew B. Dickson (admitted *pro hac vice*)
abdickson@venable.com
Victoria L. Glover (admitted *pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-4300

*Counsel for Defendant CH Real Estate Services, LLC*

*/s/ Benjamin R. Nagin*
Benjamin R. Nagin
bnagin@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300

*Counsel for Defendant ConAm Management Corporation*

*/s/ Lynn H. Murray*
Lynn H. Murray
lhmurray@shb.com
Maveric Ray Searle
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock
rsandrock@shb.com
Shook, Hardy & Bacon L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property Trust*

/s/ Ronald W. Breaux
Ronald W. Breaux
Ron.Breaux@haynesboone.com
Bradley W. Foster
Brad.Foster@haynesboone.com
HAYNES AND BOONE LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
Telephone: (214) 651-5000
Fax: (214) 200-0376

*Counsel for Defendant CONTI Texas Organization, Inc. d/b/a CONTI Capital*

/s/ Kenneth Reinker
Kenneth Reinker
kreinker@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1522

Joseph M. Kay
jkay@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745

*Counsel for Defendant Pinnacle Property Management Services, LLC*

/s/ Todd R. Seelman
Todd R. Seelman
todd.seelman@lewisbrisbois.com
Thomas L. Dyer
thomas.dyer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Telephone: (720) 292-2002

*Counsel for Defendant Cortland Management, LLC*

/s/ Ann MacDonald
Ann MacDonald
Ann.macdonald@afslaw.com
Barry Hyman
Barry.hyman@afslaw.com
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500

*Counsel for Defendant CWS Apartment Homes, LLC*

/s/ Bradley C. Weber
Bradley C. Weber (admitted *pro hac vice*)
bweber@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8497

*Counsel for Defendant Dayrise Residential, LLC*

| | |
|---|---|
| /s/ Charles H. Samel<br>Charles H. Samel<br>charles.samel@stoel.com<br>Edward C. Duckers<br>ed.duckers@stoel.com<br>STOEL RIVES LLP<br>1 Montgomery Street, Suite 3230<br>San Francisco, CA 94104<br>Telephone:  (415) 617-8900<br><br>George A. Guthrie<br>gguthrie@wilkefleury.com<br>WILKE FLEURY LLP<br>621 Capitol Mall, Suite 900<br>Sacramento, CA 95814<br>Telephone: (916) 441-2430<br><br>*Counsel for Defendant FPI Management, Inc.*<br><br>. | /s/ Carl W. Hittinger<br>Carl W. Hittinger<br>chittinger@bakerlaw.com<br>Alyse F. Stach<br>astach@bakerlaw.com<br>Tyson Y. Herrold<br>therrold@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>1735 Market Street, Suite 3300<br>Philadelphia, PA 19103-7501<br>Telephone: (215) 568-3100<br><br>Stephen J. Zralek, BPR #018971<br>szralek@spencerfane.com<br>S. Chase Fann, BPR #036794<br>cfann@spencerfane.com<br>SPENCER FANE LLP<br>511 Union Street, Suite 1000<br>Nashville, TN 37219<br>Telephone: (615) 238-6300<br><br>*Counsel for Defendant Equity Residential*<br><br>/s/ Leo D. Caseria<br>Leo D. Caseria<br>lcaseria@sheppardmullin.com<br>Helen C. Eckert<br>heckert@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>2099 Pennsylvania Avenue, NW, Suite 100<br>Washington, DC, 20006<br>Telephone: (202) 747-1925<br><br>Arman Oruc<br>aoruc@goodwinlaw.com<br>GOODWIN PROCTER, LLP<br>1900 N Street, NW<br>Washington, DC 20036<br>Telephone:  (202) 346-4000<br><br>*Counsel for Defendant Essex Property Trust, Inc.* |

/s/ *Michael D. Bonanno*
Michael D. Bonanno (admitted *pro hac vice*)
mikebonanno@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

Christopher Daniel Kercher (admitted *pro hac vice*)
christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: (212) 849-7000

Andrew Gardella, Esq. (TN Bar #027247)
agardella@martintate.com
MARTIN, TATE, MORROW & MARSTON P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668

*Counsel for Defendant Highmark Residential, LLC*

/s/ *Cliff A. Wade*
Cliff A. Wade
cliff.wade@bakerlopez.com
Chelsea L. Futrell
chelsea.futrell@bakerlopez.com
BAKER LOPEZ PLLC
5728 LBJ Freeway, Suite 150
Dallas, Texas 75240
Telephone: (469) 206-9384

*Counsel for Defendant Knightvest Residential*

/s/ *Michael M. Maddigan*
Michael M. Maddigan
michael.maddigan@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727

William L. Monts, III
william.monts@hoganlovells.com
Benjamin F. Holt
benjamin.holt@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6440

Joshua C. Cumby (BPR No. 37949)
joshua.cumby@arlaw.com
F. Laurens Brock (BPR No. 17666)
larry.brock@arlaw.com
Rocklan W. King, III (BPR No. 30643)
rocky.king@arlaw.com
ADAMS AND REESE LLP
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Telephone: (615) 259-1450

*Counsel for Defendant Greystar Management Services, LLC*

/s/ Gregory J. Casas
Gregory J. Casas (admitted *pro hac vice*)
casasg@gtlaw.com
Emily W. Collins (admitted *pro hac vice*)
Emily.Collins@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

Robert J. Herrington (admitted *pro hac vice*)
Robert.Herrington@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso (admitted *pro hac vice*)
Becky.Caruso@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 443-3252

/s/ Ryan T. Holt
Ryan T. Holt (No. 30191)
rholt@srvhlaw.com
Mark Alexander Carver (No. 36754)
acarver@srvhlaw.com
SHERRARD ROE VOIGT & HARBISON, PLC
150 Third Avenue South, Suite 1100
Nashville, Tennessee 37201
Tel. (615) 742-4200

*Counsel for Defendant Lincoln Property Company*

/s/ John J. Sullivan
John J. Sullivan (admitted *pro hac vice*)
jsullivan@cozen.com
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
Telephone: (212) 453-3729

Molly Rucki (admitted *pro hac vice*)
mrucki@cozen.com
COZEN O'CONNOR P.C.
1200 19th St. NW, Suite 300
Washington, DC 20036
Telephone: (202) 912-4884

*Counsel for Defendant Independence Realty Trust, Inc.*

/s/ Eliot Turner
Eliot Turner
eliot.turner@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100,
Houston, Texas 77010
Telephone: (713) 651-5151

*Counsel for Defendant Kairoi Management, LLC*

/s/ Michael W. Scarborough
Michael W. Scarborough (admitted *pro hac vice*)
mscarborough@velaw.com
Dylan I. Ballard (admitted *pro hac vice*)
dballard@velaw.com
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Lantower Luxury Living, LLC*

/s/ Britt M. Miller
Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

Scott D. Carey (#15406)
scarey@bakerdonelson.com
Ryan P. Loofbourrow (#33414)
rloofbourrow@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600

*Counsel for Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.*

/s/ Judith A. Zahid
Judith A. Zahid (admitted *pro hac vice*)
jzahid@zellelaw.com
Heather T. Rankie (admitted *pro hac vice*)
hrankie@zellelaw.com
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 633-1916

*Counsel for Defendant Prometheus Real Estate Group, Inc.*

| | |
|---|---|
| */s/ Jeffrey C. Bank* | */s/ Richard P. Sybert* |
| Jeffrey C. Bank | Richard P. Sybert (WSBA No. 8357) |
| jbank@wsgr.com | rsybert@grsm.com |
| WILSON SONSINI GOODRICH & ROSATI PC | GORDON REES SCULLY MANSUKHANI |
| 1700 K Street NW, Fifth Floor | 701 Fifth Avenue, Suite 2100 |
| Washington, DC 20006 | Seattle, WA 98104 |
| Telephone: (202) 973-8800 | Telephone: (206) 321-5222 |
| | |
| *Counsel for Defendant Morgan Properties Management Company, LLC* | *Counsel for Defendant Rose Associates Inc. and First Communities Management, Inc.* |

| | |
|---|---|
| */s/ Valentine Hoy* | */s/ David A. Walton* |
| Valentine Hoy | David A. Walton |
| vhoy@allenmatkins.com | dwalton@bellnunnally.com |
| Scott Perlin | Troy Lee (T.J.) Hales |
| sperlin@allenmatkins.com | thales@bellnunnally.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS | BELL NUNNALLY & MARTIN, LLP |
| 600 West Broadway, 27th Floor | 2323 Ross Avenue, Suite 1900 |
| San Diego, CA 92101 | Dallas, TX 75201 |
| Telephone: (619) 233-1155 | |
| | *Counsel for Defendant RPM Living, LLC* |
| Patrick E. Breen | |
| pbreen@allenmatkins.com | */s/ Diane R. Hazel* |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS | Diane R. Hazel |
| | dhazel@foley.com |
| 865 South Figueroa Street, Suite 2800 | FOLEY & LARDNER LLP |
| Los Angeles, CA 90017 | 1400 16th Street, Suite 200 |
| Telephone: (213) 622-5555 | Denver, CO 80202 |
| | Telephone: (720) 437-2000 |
| *Counsel for Defendant Sares Regis Group Commercial, Inc.* | |
| | Elizabeth A. N. Haas (admitted *pro hac vice*) |
| | ehaas@foley.com |
| | Ian Hampton (admitted *pro hac vice*) |
| */s/ Jose Dino Vasquez* | ihampton@foley.com |
| Jose Dino Vasquez | FOLEY & LARDNER LLP |
| dvasquez@karrtuttle.com | 777 East Wisconsin Avenue |
| Jason Hoeft | Milwaukee, WI 53202 |
| jhoeft@karrtuttle.com | Telephone: (414) 271-2400 |
| KARR TUTTLE CAMPBELL | |
| 701 Fifth Avenue, Suite 3300 | Tara L. Swafford, BPR #17577 |
| Seattle, WA 98104 | tara@swaffordlawfirm.com |
| Telephone: (206) 223-1313 | Dylan Harper, BPR #36820 |
| | dylan@swaffordlawfirm.com |
| *Counsel for Defendant Security Properties Residential, LLC* | THE SWAFFORD LAW FIRM, PLLC |
| | 321 Billingsly Court, Suite 19 |
| | Franklin, Tennessee 37067 |
| | Telephone: (615) 599-8406 |
| | |
| | *Counsel for Defendant Sherman Associates, Inc.* |

/s/ Brent Justus
Brent Justus
bjustus@mcguirewoods.com
Nick Giles
ngiles@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000

*Counsel for Defendant Simpson Property Group, LLC*

/s/ Yonaton Rosenzweig
Yonaton Rosenzweig
yonirosenzweig@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

Fred B. Burnside
fredburnside@dwt.com
MaryAnn T. Almeida
maryannalmeida@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8016

*Counsel for Defendant Mission Rock Residential, LLC*

/s/ Andrew Harris
Andrew Harris
Andrew.Harris@Levittboccio.com
LEVITT & BOCCIO, LLP
423 West 55th Street
New York, NY 10019
Telephone: (212) 801-1104

/s/ Nicholas A. Gravante, Jr.
Nicholas A. Gravante, Jr. (admitted *pro hac vice*)
nicholas.gravante@cwt.com
Philip J. Iovieno (admitted *pro hac vice*)
philp.iovieno@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000

*Counsel for Defendants The Related Companies, L.P. and Related Management Company, L.P.*

/s/ Benjamin I. VandenBerghe
Benjamin I. VandenBerghe
biv@montgomerypurdue.com
Kaya R. Lurie
klurie@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104-7096

*Counsel for Defendant Thrive Communities Management, LLC*

*/s/ David D. Cross*
David D. Cross (admitted *pro hac vice*)
dcross@mofo.com
Jeffrey A. Jaeckel (admitted *pro hac vice*)
jjaeckel@mofo.com
Robert W. Manoso (admitted *pro hac vice*)
rmanoso@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C., 20037
Telephone: (202) 887-1500

Eliot A. Adelson (admitted *pro hac vice*)
eadelson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

Mika M. Fitzgerald (admitted *pro hac vice*)
mfitzgerald@mofo.com
MORRISON & FOERSTER LLP
250 W 55th Street
New York, NY 10019
Telephone: (212) 468-8000

*/s/ Joshua L. Burgener*
Joshua L. Burgener
jburgener@dickinsonwright.com
DICKINSON WRIGHT PLLC
424 Church Street, Suite 800
Nashville, TN 37219
Telephone: (615) 620-1757

*Counsel for Defendant UDR, Inc.*

*/s/ Craig Seebald*
Jessalyn H. Zeigler
jzeigler@bassberry.com
BASS, BERRY & SIMS, PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Craig P. Seebald (admitted *pro hac vice*)
cseebald@velaw.com
Stephen M. Medlock (admitted *pro hac vice*)
smedlock@velaw.com
Molly McDonald
mmcdonald@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500

Christopher W. James (admitted *pro hac vice*)
cjames@velaw.com
VINSON & ELKINS LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Windsor Property Management Company*

| | |
|---|---|
| /s/ Evan Fray-Witzer | /s/ James H. Mutchnik |
| Evan Fray-Witzer | James H. Mutchnik |
| Evan@CFWLegal.com | james.mutchnik@kirkland.com |
| CIAMPA FRAY-WITZER, LLP | KIRKLAND & ELLIS LLP |
| 20 Park Plaza, Suite 505 | 300 North LaSalle |
| Boston, MA 02116 | Chicago, IL 60654 |
| Telephone: 617-426-0000 | Telephone: (312) 862-2000 |
| | |
| *Counsel for Defendants WinnCompanies LLC, and WinnResidential Manager Corp.* | *Counsel for Defendants Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P.* |
| | |
| /s/ Ferdose al-Taie | /s/ Jeffrey S. Cashdan |
| Ferdose al-Taie (admitted *pro hac vice*) | Jeffrey S. Cashdan (admitted *pro hac vice*) |
| faltaie@bakerdonelson.com | jcashdan@kslaw.com |
| BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C. | Emily S. Newton (admitted *pro hac vice*) |
| 956 Sherry Lane, 20th Floor | enewton@kslaw.com |
| Dallas, TX 75225 | Lohr A. Beck (admitted *pro hac vice*) |
| Telephone: (214) 391-7210 | lohr.beck@kslaw.com |
| | Carley H. Thompson (admitted *pro hac vice*) |
| Christopher E. Thorsen (BPR # 21049) | chthompson@kslaw.com |
| cthorsen@bakerdonelson.com | KING & SPALDING LLP |
| BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C. | 1180 Peachtree Street, NE, Suite 1600 |
| Baker Donelson Center, Suite 800 | Atlanta, Georgia 30309 |
| 211 Commerce Street | Telephone: (404) 572-4600 |
| Nashville, TN 37201 | |
| Telephone: (615) 726-5600 | *Counsel for Defendant ECI Group, Inc.* |
| | |
| *Counsel for Defendant ZRS Management, LLC* | |

*/s/ Sarah B. Miller*
Sarah B. Miller (TN#33441)
smiller@bassberry.com
BASS, BERRY & SIMS PLC
150 Third Ave. South #2800
Nashville, TN 37201
Telephone: (615) 742-6200

Amy F. Sorenson (*pro hac vice* forthcoming)
asorenson@swlaw.com
SNELL & WILMER, L.L.P
15 West South Temple, Ste. 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900

Colin P. Ahler (*pro hac vice* forthcoming)
cahler@swlaw.com
SNELL & WILMER, L.L.P
One East Washington St., Ste. 2700
Phoenix, AZ 85004
Telephone: (602) 382-6000

*Counsel for Defendant Apartment Management Consultants, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 9th day of October, 2023.

      /s/ *Jay Srinivasan*
      Jay Srinivasan